# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135936

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NATASHA LEEANN DENNARD,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135936
COA: 275879
Wayne CC: 06-009052-01

On order of the Court, the application for leave to appeal the January 29, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

           Clerk